UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                              Case Number 11-12168 JHW

Debtor: Rodney O. & Bernice Eckeard

| Check Number | Creditor | Amount |
|---|---|---|
| 1804316 | Rodney O. & Bernice Eckeard | 4085.20 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  April 15, 2013